IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DEBBIE GARNER; and STATE FARM MUTUAL AUTOMOBILE INSURANCE Co., an Illinois corporation, as subrogee of Garner;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPT. of HEALTH and HUMAN SERVICES, a federal agency; and Does 1-3,<br><br>Defendants. | CV 22–183–M–DLC<br><br>ORDER |

Plaintiffs, Debbie Garner and State Farm Mutual Automobile Insurance Company, and Defendants, United States Department of Health and Human Services and Does 1-3, have stipulated to dismissal of this case without fees or costs to either party. (Doc. 9 at 1.)

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, without fees or costs to either party.

DATED this 26th day of October, 2023.

_____
Dana L. Christensen, District Judge
United States District Court